IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| KIMBERLY D. HARGROVE, | )<br>) |
| Plaintiff, | ) Case No. 1:10-0061<br>) Judge Nixon |
| v. | ) Magistrate Judge Brown<br>) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Kimberly D. Hargrove's Motion for Judgment on the Record ("Plaintiff's Motion") (Doc. No. 14) and Memorandum in Support (Doc. No. 15), to which Defendant Commissioner of Social Security filed a Response (Doc. No. 16). Magistrate Judge Brown issued a Report and Recommendation ("Report") (Doc. No. 17) recommending that Plaintiff's Motion be granted in part and the action remanded for rehearing pursuant to 42 U.S.C. § 405(g). The Report was filed on December 7, 2010, and no objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **GRANTS in part** Plaintiff's Motion and **REVERSES** and **REMANDS** the cause to the Commissioner for rehearing pursuant to 42 U.S.C. § 405(g).

It is so ORDERED.

Entered this 22nd day of February, 2011

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT